# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**758**
**CAF 11-00433**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND MARTOCHE, JJ.

IN THE MATTER OF ALBERTO C., JR.
----------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,          MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

TIBET H., RESPONDENT-APPELLANT.

CHARLES J. GREENBERG, BUFFALO, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR ALBERTO
C., JR.

-------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Margaret
O. Szczur, J.), entered February 22, 2011 in a proceeding pursuant to
Social Services Law § 384-b.  The order terminated the parental rights
of respondent.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Memorandum:  Respondent contends on appeal that Family Court
erred in granting the petition to terminate her parental rights based
on mental illness (*see* Social Services Law § 384-b [4] [c]).  We agree
with the court that petitioner established by clear and convincing
evidence that respondent could not adequately care for her child by
presenting the testimony of a psychiatrist regarding respondent's
mental illness (*see* Social Services Law § 384-b [6] [c], [e]).  The
expert testified that respondent was presently and for the foreseeable
future unable, by reason of her mental illness, to provide proper and
adequate care for the child (*see Matter of Vincent E.D.G.*, 81 AD3d
1285, 1285, *lv denied* 17 NY3d 703).  We further conclude that the
court did not err in refusing to hold a dispositional hearing.  There
is no requirement that a separate dispositional hearing be held
following a determination that a parent is incapable of caring for his
or her child based on mental illness (*see id.* at 1286).

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court